LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD, IV, SBN 212970
**LAW OFFICES OF LYNN HUBBARD**
12 WILLIAMSBURG LANE
CHICO, CA. 95926
Telephone:   (530) 895-3252
Facsimile:   (530) 894-8244

Attorney for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY MARTINEZ,<br><br>    Plaintiff,<br><br>    vs.<br><br>DEL TACO INC. DBA DEL TAO #178; CT RETAIL PROPERTIES FINANCE V, LLC.<br><br>    Defendants. | No. CIV.S-05-1418 WBS PAN<br><br>**STIPULATION TO AMEND COMPLAINT AND ORDER THEREON** |

The parties, subject to approval of the Court, stipulate as follows:

1. Plaintiff brought this action concerning Del Taco located at 6021 Mack Road in Sacramento, California (the "Store").

2. The initial complaint listed CT Retail Properties Finance V, LLC as the property owner; however, PAN PACIFIC RETAIL PROPERTIES, is the correct

property owner.

3.   The parties agree that plaintiff shall and may amend the complaint to name PAN PACIFIC PROPERTIES, as a defendant.

4.   The parties request that the Court dismiss the above entitled action, without prejudice, **as to CT Retail Properties Finance V, LLC only.**

5.   Defendant Del Taco Inc. dba Del Taco #178 shall not be required to file an answer to the amended complaint, and their initial answer shall be deemed responsive to the amended complaint.

Dated: August 11, 2005         LAW OFFICES OF LYNN HUBBARD

/s/ Lynn Hubbard, Esquire         /
LYNN HUBBARD, III
Attorney for Plaintiff

Dated: August 11, 2005         CALL JENSEN FERRELL

Signature on File         /
LISA WEGNER
Attorney for Defendant Del Taco Inc. dba Del Taco #178

IT IS SO ORDERED:

Date:  August 11, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation to Amend Complaint and Order Thereon         Martinez v. Del Taco
Case No.CIV.S-05-1418 WBS PAN