LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD, IV, SBN 212970
**LAW OFFICES OF LYNN HUBBARD**
12 WILLIAMSBURG LANE
CHICO, CA. 95926
Telephone:   (530) 895-3252
Facsimile:   (530) 894-8244

Attorney for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY MARTINEZ<br><br>   Plaintiff,<br><br>   vs.<br><br>DEL TACO INC. DBA DEL TAO #178;<br>PAN PACIFIC RETAIL PROPERTIES.<br><br>   Defendants. | No. CIV.S-05-1418 WBS PAN<br><br>**STIPULATION TO AMEND COMPLAINT AND ORDER THEREON** |

The parties, subject to approval of the Court, stipulate as follows:

1.   Plaintiff brought this action concerning Del Taco located at 6021 Mack Road in Sacramento, California (the "Store").

2.   Plaintiff's counsel and Defendant's counsel stipulated to dismiss CT RETAIL PROPERTIES FINANCE V, LLC, ("CT") under the belief that CT was

not the correct property owner. However, it has come to light that CT is the correct property owner and should be named on the complaint.

3. The parties agree that plaintiff shall and may amend the complaint to name CT RETAIL PROPERTIES FINANCE V, LLC, as a defendant.

4. Defendant Del Taco Inc. dba Del Taco #178 shall not be required to file an answer to the second amended complaint, and their initial answer on file shall be deemed responsive to the second amended complaint.

Dated: August 15, 2005        LAW OFFICES OF LYNN HUBBARD

 /s/ Lynn Hubbard, Esquire            /
LYNN HUBBARD, III
Attorney for Plaintiff

Dated: August 16, 2005        CALL JENSEN FERRELL

 Signature on File                         /
LISA WEGNER
Attorney for Defendant Del Taco Inc. dba Del Taco #178

IT IS SO ORDERED:

Date: August 17, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation to Amend Complaint and Order Thereon        Martinez v. Del Taco
Case No.CIV.S-05-1418 WBS PAN