| | |
|---|---|
| 1 | LYNN HUBBARD, III, SBN 69773 |
| 2 | SCOTTLYNN J HUBBARD IV, SBN 212970<br>LAW OFFICES OF LYNN HUBBARD, III |
| 3 | 12 WILLIAMSBURG LANE<br>CHICO, CA 95926 |
| 4 | Telephone:   (530) 895-3252<br>Fax:   (530) 894-8244 |
| 5 | Attorneys for Plaintiff |
| 6 | SCOTT J. FERRELL, SBN 303091 |
| 7 | LISA A. WEGNER, SBN 209917<br>CALL, JENSEN & FERRELL |
| 8 | 610 Newport Center Drive, Suite 700<br>Newport Beach, CA 92660 |
| 9 | Telephone: (949) 717-3000<br>Facsimile: (949) 717-3100 |
| 10 | Attorneys for Defendant |
| 11 | DEL TACO, INC. dba DEL TACO, INC.<br>dba DEL TACO #178 |
| 12 | REBECCA WEINSTEIN-HAMILTON, SBN 162699 |
| 13 | CAULFIELD DAVIES & DONAHUE LLP<br>80 Iron Point Circle |
| 14 | Folsom, CA 95630<br>Telephone: (916) 817-2900<br>Fax: (916) 817-2644 |
| 15 | |
| 16 | Attorney for Defendant<br>PAN PACIFIC RETAIL PROPERTIES, INC. |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY MARTINEZ,<br><br>    Plaintiff,<br><br>    vs.<br><br>DEL TACO, INC. dba DEL TACO #178;<br>PAN PACIFIC RETAIL PROPERTIES; CT<br>RETAIL PROPERTIES FINANCE V LLC,<br><br>    Defendants.<br>_____/ | Case No. CIV.S. 05-1418 WBS PAN<br><br>**REQUEST FOR DISMISSAL AND ORDER THEREON AS TO DEFENDANTS PAN PACIFIC RETAIL PROPERTIES AND CT RETAIL PROPERTIES FINANCE V, LLC ONLY** |

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, Tony Martinez, and defendants, Pan Pacific Retail Properties and CT Retail Properties Finance V, LLC, the parties hereby request that the Court dismiss the above-entitled action, with prejudice, as to **defendants Pan Pacific Properties and CT Retail Properties Finance V, LLC only.**

Nothing is this Request for Dismissal shall be construed to affect plaintiff's complaint and claims in the above-referenced case against defendants other than defendants Pan Pacific Properties and CT Retail Properties Finance V, LLC.

| | |
|---|---|
| Dated: October 11, 2005 | LAW OFFICES OF LYNN HUBBARD, III |
| | /s/ Scottlynn J Hubbard<br>SCOTTLYNN J HUBBARD, IV<br>Attorneys for Plaintiff |
| Dated: October 6, 2005 | CALL, JENSEN & FERRELL |
| | Signature On File<br>LISA A. WEGNER<br>SCOTT J. FERRELL<br>Attorney for Defendants<br>DEL TACO, INC. dba DEL TACO, INC. dba DEL TACO #178 |
| Dated: October 10, 2005 | CAULFIELD DAVIES & DONAHUE LLP |
| | Signature On File<br>REBECCA WEINSTEIN-HAMILTON, ESQ.<br>Attorneys for Defendants |

1  **ORDER**

2  IT IS HEREBY ORDERED that **defendants Pan Pacific Properties and CT**

3  **Retail Properties Finance V, LLC ONLY** be dismissed with prejudice from the above-

4  entitled action**.**

5  Dated:  October 13, 2005

```
                    William B. Shubb
                    _____
                    WILLIAM B. SHUBB
                    UNITED STATES DISTRICT JUDGE
```